| AO 10 Rev. 1/2010 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2009 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial) Riley, William J. | 2. Court or Organization Eighth Circuit Court of Appeals | 3. Date of Report 05/14/2010 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) U.S. Circuit Judge - Active | 5a. Report Type (check appropriate type) ☐ Nomination, Date ☐ Initial ☑ Annual ☐ Final 5b. ☐ Amended Report | 6. Reporting Period 01/01/2009 to 12/31/2009 |
| 7. Chambers or Office Address Roman Hruska U.S. Courthouse 111 South 18th Plaza, #4303 Omaha, NE 68102-1322 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Member & Assistant Manager | Riley Quest, L.L.C. |
| 2. Adjunct Professor | University of Nebraska, College of Law |
| 3. Adjunct Professor | Creighton University, College of Law |
| 4. Delegate to House of Delegates | Nebraska State Bar Association since 1998 |
| 5. Member | Professionalism Committee, Nebraska State Bar Association |
| 6. Treasurer, Nebraska Chapter | American Board of Trial Advocates |
| 7. Counselor/Judicial Member | Robert M. Spire Inns of Court |
| 8. Trustee, Board of Trustees | MidAmerica Council, Boy Scouts of America |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 04/2009 | University of Nebraska-Lincoln, College of Law, Adjunct Faculty, Spring 2010 |
| 2. 04/2009 | Creighton University, College of Law, Adjunct Faculty, Fall 2009 |
| 3. 04/01/75 | Profit Sharing and 401(k) Retirement Plan, Fitzgerald, Schorr, Barmettler & Brennan, P.C., L.L.O., former law firm. no control after termination 8/15/2001 |

RECEIVED 2010 MAY 17 PM

| Name of Person Reporting | Date of Report |
|---|---|
| Riley, William J. | 05/14/2010 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. Spring2009 | University of Nebraska, College of Law | $7,700.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Little Rock, AR Inns of Court & Arkansas Law School | 03/09/2009 to 03/11/2009 | Little Rock, AR | Speaker - Presentation of Marbury v. Madison | Airfare, hotel, meals |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Riley, William J. | 05/14/2010 |

## V. GIFTS. *(Includes those to spouse and dependent children: see pp. 28-31 of filing instructions.)*

☐ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. Reduced Membership | American Board of Trial Advocates | $450.00 |
| 2. Church of Jesus Christ of the Latter-Day Saints | Two tickets to Morman Tabernacle Choir (from Church through Creighton Law School) | $200.00 |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Riley, William J. | 05/14/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. First National Bank of Omaha Accounts | A | Interest | K | T | | | | | |
| 2. Mass Mutual Life Insurance - Cash Values | | None | L | T | | | | | |
| 3. Riley Quest, L.L.C. (real estate minority interest) | | None | L | W | | | | | |
| 4. Marasico Growth Fund | A | Dividend | J | T | | | | | |
| 5. IRA #1 | A | Dividend | L | T | | | | | |
| 6. -Janus Growth & Income | | | | | | | | | |
| 7. -Weitz Value Fund | | | | | | | | | |
| 8. -Marsico Focus Fund | | | | | | | | | |
| 9. IRA - #2 | A | Dividend | L | T | | | | | |
| 10. -American Century Income & Growth Fund | | | | | | | | | |
| 11. -Marsico Growth & Income Fund | | | | | | | | | |
| 12. American Century Equity Income | | | | | | | | | |
| 13. IRA - #3 | A | Dividend | J | T | | | | | |
| 14. -Janus Fund | | | | | | | | | |
| 15. -Janus Twenty Fund | | | | | | | | | |
| 16. Dain Rauscher 403(b) Account | A | Div. & Int. | K | T | | | | | |
| 17. -Evergreen Gro. - A Fund | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M $100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Riley, William J. | 05/14/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Fidelity Adv. Grow & Inc.-T | | | | | | | J | | |
| 19. Fidelity Adv. Divers Intl.-T | | | | | | | J | | |
| 20. Fidelity Adv. MidCap II CL-T | | | | | | | J | | |
| 21. Fidelity Adv. Val Leaders-T | | | | | | | J | | |
| 22. Fidelity Adv. LVGD Co. S&K CL-T | | | | | | | J | | |
| 23. First National Bank of Omaha - Profit Sharing & 401(k) FSB&B | D | Div. & Int. | O | T | | | | | |
| 24. -Goldman Sachs -U.S. Government Money Market Fund | | | | | Distributed (part) | 01/01/09 | K | | |
| 25. -Berkshire Hathaway, Inc. Class A Common | | | | | | | | | |
| 26. -Berkshire Hathaway, Inc. Class B Common | | | | | Sold | 01/05/09 | K | D | |
| 27. -Marsico Focus Fund | | | | | | | | | |
| 28. -Marsico Growth Fund | | | | | | | | | |
| 29. Oakmark Equity & Income I Fund | | | | | | | | | |
| 30. T Rowe Price Equity Income Fund | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Riley, William J. | 05/14/2010 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

Marsico Growth - Name correction. Goldman Sachs Money Market - Retirement monthly distributions. Berkshire Hathaway Class B shares only sold.

| Name of Person Reporting | Date of Report |
|---|---|
| Riley, William J. | 05/14/2010 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signat

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSI███████CT TO CIVIL
AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544